United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-1533

| | | |
|---|---|---|
| Gregory Lew Neujahr, Citizen in Party, | * * * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Curtis H. Evans, County Judge, York County Courthouse, York, Nebraska; Alan G. Gless, District Judge, York County Courthouse, York, Nebraska; John C. Whitehead, District Judge, Columbus, Nebraska; Jon Zavadil, Platte County Sheriff and all others; John J. Kohl, Platte County Attorney and all others; Brian J. Wangler, Columbus Police Department; William Gumm, Chief, Columbus Police Department; Stan A. Emerson, Attorney, Sipple, Hansen, Emerson & Shumacker; Mid-East Nebraska Mental Health, Roberta Saunders, Clinical Director, and all others; Colin E. Alexander, Columbus Police Department; Roger W. Anderson, Sheriff, Seward County Sheriff's Office and all others; Roger A. Jacobs, Coroner; Christopher A. Johnson, Attorney, Conway, Connally, Pauley, P.C.; Kevin Schlender, Attorney; James M. Dake, Attorney; Jo Peterson, | * * * * * * * * * * * * * * * * * * * * * * * | Appeal from the United States District Court for the District of Nebraska <br><br> [UNPUBLISHED] |

County Attorney, Seward County            *
Courthouse; Debra M. Swanson,             *
Attorney; Charles W. Campbell, York       *
County Attorney; Daniel E. Pullen,        *
Public Defender York County; Carlos       *
Monzon, Attorney; Dale Radcliff, York     *
County Sheriff; Dina Critel-Rathjie,      *
Family Counseling Center; Attorney        *
General, Don Stenberg; Bruce E.           *
Stephens, Attorney; Richard T.            *
Seckman, Colfax County Attorney;          *
Unknown Doe, 1 to 100;                    *
                                          *
        Appellees.                        *

_____

Submitted:   September 3, 1997
     Filed:   September 25, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Gregory Lew Neujahr appeals from a final order of the United States District Court[1] for the District of Nebraska, dismissing his complaint with prejudice for failing to comply with Federal Rule of Civil Procedure 8, and denying his motions for default judgment and for summary judgment. We have carefully reviewed the record and affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.

-2-

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.